■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MARRIA, Appellant.—Appeal by the defendant from a

judgment of the Supreme Court, Queens County (Linakis, J.), rendered November 9, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg, 74 NY2d 1)*. Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.